IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JAMIE WELLS,<br>    Plaintiff, | )<br>)  Civil Action No. 7:06cv00223<br>) |
| v. | )  **FINAL ORDER**<br>) |
| K.D. MATTERN, et al.,<br>    Defendants. | )<br>)  By: **Samuel G. Wilson**<br>)  United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1); all other pending motions are hereby **DENIED** as **MOOT**; and this case is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order to the plaintiff.

ENTER: This 12th day of June, 2006.

_____
United States District Judge